
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Tanya Rosario, et al.,

                        Plaintiffs,

        -against-

Community Housing Management Corp., et al.,

                        Defendants.
-----------------------------------------------------------------X

7:22-CV-9855 CS-VR

**ORDER**

Chenelle Saintil, Denise Saintil,

                        Plaintiffs,

        -against-

Community Housing Management Corp., et al.,

                        Defendants.
-----------------------------------------------------------------X

7:22-CV-9857 CS-VR

**ORDER**

Tejash Sanchala, et al.,

                        Plaintiffs,

        -against-

Community Housing Management Corp., et al.,

                        Defendants.
-----------------------------------------------------------------X

7:23-CV-519 CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      All parties in the *Rosario* and *Saintil* cases move to lift the stay of discovery that the

Court So Ordered on November 1, 2023, and to extend discovery until April 30, 2024.[1] Plaintiffs also move for a revised briefing schedule to file their motion to amend the complaint,[2] to which the Defendants in *Rosario* and *Saintil* do not object but request 21 days to oppose the motion.[3]

The Defendants in *Rosario* and *Saintil* also request that the Court set a January 25, 2024, deadline to complete paper discovery and impose a coordinated discovery schedule for the following three actions: *Rosario v. Community Housing Management Corp.*, 22-cv-9855; *Saintil v. Community Housing Management Corp.*, 22-cv-9857; and *Sanchala v. Community Housing Management Corp.*, 23-cv-519.[4]

The Community Housing Management Corp. Defendants further cross move to compel Plaintiffs to produce outstanding discovery materials at least 15 days before the requested date of January 25, 2024, for the close of paper discovery.[5]

***

Upon due consideration, it is hereby **ORDERED** that the parties' motions to lift the stay and to extend the discovery deadline to April 30, 2024, are **GRANTED**.

It is further **ORDERED** that Plaintiffs' request for a revised briefing schedule for their motion to amend the complaint is **GRANTED**.  Plaintiffs' amended complaint is due on **January 19, 2024**.  Defendants' oppositions are due on **February 9, 2024**.  Plaintiffs' reply, if any, is due on **February 16, 2024**.

It is further **ORDERED** that the request to coordinate the discovery schedule of the three

---

[1] ECF Nos. 109, 111, 112 (*Rosario*); ECF Nos. 106, 108, 109 (*Saintil*).
[2] ECF No. 109 (*Rosario*); ECF No. 106 (*Saintil*).
[3] ECF Nos. 111, 112 (*Rosario*); ECF Nos. 108, 109 (*Saintil*).
[4] ECF Nos. 111, 112 (*Rosario*); ECF Nos. 108, 109 (*Saintil*).
[5] ECF No. 112 (*Rosario*); ECF No. 109 (*Saintil*).

related actions is **GRANTED**. The parties in the *Rosario*, 22-cv-9855, *Saintil*, 22-cv-9857, and *Sanchala*, 23-cv-519, actions are directed to meet and confer and to file a proposed revised Case Management Plan and Scheduling Order (CMP) by no later than **January 8, 2024**. The parties are directed to use the attached sample CMP form, and to revise as necessary.

Assuming the parties have filed appropriate pre-motion letters, the Court will address any disputed discovery deadlines and outstanding discovery issues at the January 10, 2024, telephonic Status Conference. To that end, the parties are reminded to follow the Court's Individual Practices regarding the filing of ppre-motion letters for all discovery disputes.

**SO ORDERED.**

DATED:   White Plains, New York
         December 29, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                      Plaintiff(s),        **CIVIL CASE MANAGEMENT PLAN**
                                                      **AND SCHEDULING ORDER**
    v.

                                                   ___Civ. _____ (VR)

                      Defendant(s).

------------------------------------------------------------x

      This Civil Case Management Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure:

1.    **Jury/Non-Jury.**
       This case [is] [is not] to be tried to a jury (circle one).

2.    **Amendment/Joinder.**
       The parties may amend the pleadings or join additional parties before _____.

3.    **Initial disclosures.**
       Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by _____.

4.    **Fact Discovery.**
       The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and Judge Reznik's Individual Practices. The interim deadlines in paragraphs 4(b) through 4(e) may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 4(a).

       a.    **Fact Discovery Deadline.**
              All fact discovery must be completed by _____.

       b.    **Requests for Production.**
              Initial requests for production of documents must be served by _____. Any subsequent requests for production must be served no later than 45 days before the fact discovery deadline.

       c.    **Interrogatories.**
              Interrogatories must be served by _____. Any subsequent interrogatories must be served no later than 45 days before the fact discovery deadline.

      d. **Fact Depositions.**
Non-expert depositions must be completed by _____.
Absent an agreement between the parties or an order from the Court, non-party depositions must follow initial party depositions.

      e. **Requests to Admit.**
Requests to admit must be served by _____, and in any event no later than 45 days before the fact discovery deadline.

5. **Settlement/ADR.**
Within 14 days of the completion of fact discovery, counsel and any unrepresented parties must meet to discuss settlement. The parties must file a joint letter concerning settlement within 21 days of the completion of fact discovery. The letter must include a statement as to whether the parties propose using any of the following alternative dispute resolution mechanisms: (i) a settlement conference with the Court; (ii) participation in the Court's Mediation Program; and/or (iii) retention of a private mediator. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order absent express permission from the Court.

6. **Expert Discovery.**

      a. **Expert Discovery Deadline.**
All expert discovery, including expert depositions, must be completed by _____.

      b. **Plaintiff's Expert Reports.**
Plaintiff's expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by _____.

      c. **Defendant's Expert Reports.**
Defendant's expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by _____.

      d. The interim deadlines in paragraphs 6(b) and 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7. **ALL DISCOVERY MUST BE COMPLETED BY _____.**
(Absent exceptional circumstances, this date should align with the completion of all expert discovery in paragraph 6(a).)

8. **Summary Judgment Motions.**
All motions and applications must be governed by the Court's Individual Practices. Within 14 days of the completion of all discovery, any party wishing to file a summary judgment motion shall file a pre-motion letter (not a letter-motion) no longer than three (3) single-spaced pages in length, setting forth the basis for the anticipated motion. The opposing party shall submit a letter response via ECF, no longer than three (3) single-spaced pages in length, *within five business days* after submission of the moving party's letter, unless the parties agree otherwise (and the Court is informed of the agreed response date by letter).

9. **Joint Pretrial Order.**
   Unless otherwise ordered by the Court, the parties must submit a proposed Joint Pretrial Order for approval within 30 days after the date for the completion of all discovery, or, if a summary judgment motion has been filed, within 30 days after a decision on the motion. The proposed Joint Pretrial Order must be prepared in accordance with Judge Reznik's Individual Practices, and the parties must also comply with Judge Reznik's Individual Practices with respect to the filing of other required pretrial documents.

10. **Estimated length of trial.**
    The parties have conferred and their present best estimate of the length of the trial is _____.

11. This Civil Case Management Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court (except as provided in paragraphs 4 and 6(d) above).

Dated: _____
White Plains, NY

**SO ORDERED.**

_____
VICTORIA REZNIK
United States Magistrate Judge