UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Sanchala,

                                    Plaintiffs,

                -against-

Community Housing, et al.,

                                    Defendant.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 2/22/2024 __

**ORDER RE STATUS CONFERENCE**

7:23-cv-00519-CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF**

**THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 28, 2024  at  11 am.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID

**117 817 611 8** and then # to enter the conference.


        **SO ORDERED.**

DATED:        White Plains, New York
              February 22, 2024

                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge