**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Sanchala,

                              Plaintiff(s),

               -against-

Community Housing Management
Corp., et al.,

                            Defendant(s).
-----------------------------------------------------------------X

**7:23-cv-519- CS**

**ORDER RE**
**SETTLEMENT CONFERENCE**
**PROCEDURES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/8/2024 _

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for a remote settlement conference on the Teams videoconferencing platform before Magistrate Judge Victoria Reznik on **12/12/24 at 10 30 am.** Counsel will be provided with the Teams links by email before the conference. The following procedures shall apply.

1. **Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

2. ***Ex parte* letter submissions.** No later than five (5) business days before the conference, counsel for each party must send the Court by e-mail an *ex parte* letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be served on the other parties or filed on ECF. The letter should be sent by e-mail to ReznikNYSDChambers@nysd.uscourts.gov.

The *ex parte* letter must not exceed ten (10) pages in length (not including exhibits) unless permission to do so has been granted by the Court. The letter should include an explanation of the outstanding issues and the parties' respective positions on these issues.

3. **Attendance.**  Only attorneys are required to attend the videoconference.  The parties should be available by telephone during the conference.

**SO ORDERED.**

DATED:        White Plains, New York
              November 8, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge